United States District Court
Southern District of Texas
**ENTERED**
April 06, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| GIOVANYS VIDIAUX-REVE, | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00025 |
| | § | |
| MIGUEL VERGARA, *et al*, | § | |
| Defendants. | § | |

## ORDER

Before the Court is Petitioner's Notice of Voluntary Dismissal Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), (Dkt. No. 4), wherein Petitioner gives notice the action is voluntarily dismissed against Respondents Miguel Vergara, Warden of the La Salle County Regional Detention Center, Todd Lyons, Kristi Noem, and Pamela Bondi.

Under Rule 41(a)(1)(A), a Plaintiff may voluntarily dismiss an action without a court order by filing either (1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, or (2) a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A).

Here, the Notice of Voluntary Dismissal states that Petitioner dismisses all her claims against Respondents Miguel Vergara, Warden of the La Salle County Regional Detention Center, Todd Lyons, Kristi Noem, and Pamela Bondi without prejudice. (Dkt. No. 4 at 2). The Court finds this Notice of Voluntary Dismissal is proper under Rule 41(a)(1)(A)(i) because Respondents have not served either an answer or motion for summary judgment.

As such, Petitioner's claims against Respondents Miguel Vergara, Warden of the La Salle County Regional Detention Center, Todd Lyons, Kristi Noem, and Pamela Bondi are **DISMISSED WITHOUT PREJUDICE** effective upon Plaintiffs' filing of the notice, (Dkt. No. 4). *See In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) ("The notice of dismissal is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required.").

The Clerk is hereby **DIRECTED** to terminate the case.

It is so **ORDERED**.

1 / 2

**SIGNED** on April 6, 2026 at Laredo, Texas.

John A. Kazen
United States District Judge